# United States Court of Appeals
# for the Fifth Circuit

———————————

No. 24-50150
Summary Calendar

———————————

United States Court of Appeals
Fifth Circuit

**FILED**
August 15, 2025

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Samuel Suess Trevino,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:21-CR-115-1

———————————————————

Before Jones, Duncan, and Douglas, *Circuit Judges*.

Per Curiam:[*]

The Federal Public Defender appointed to represent Samuel Suess Trevino has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). We granted Trevino's motions to access sealed portions of the record and for extensions of time to file a response, but he has

———————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-50150

not filed a response. However, we have considered arguments related to the underlying proceedings that are included in Trevino's motions. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Trevino's arguments. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.